UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAZEL W. STEVENS, et al.,

        Plaintiffs,

vs.                                  Case No. 3:06-cv-920-J-33HTS

SAWYER MANAGEMENT COMPANY
LSC, et al.,

        Defendants.
_____

**ORDER**

     This matter comes before the Court on Magistrate Judge Howard T. Snyder's Report and Recommendation (Doc. #7), entered on December 14, 2006, recommending that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10(a). No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. <u>See</u>

Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation (Doc. #7) is hereby **ACCEPTED** and **ADOPTED.**

2. This action is dismissed for failure to prosecute pursuant to Local Rule 3.10(a).

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 9th day of January, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record